IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRONCELL FOSTER,

     Plaintiff,                           No. CIV S-03-2193 GEB GGH P

  vs.

MENDOZA, et al.,

     Defendants.               ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On November 19, 2004, the undersigned recommended dismissal of this action for plaintiff's failure to file a second amended complaint, for which leave had been granted plaintiff by order filed August 6, 2004, with a thirty-day extension of time granted for filing of the second amended complaint granted on August 31, 2004. Plaintiff filed objections to the Findings and Recommendations, which, by application of the mailbox rule, can be deemed timely.[1]

        Plaintiff states that he was unable to file his second amended complaint timely because he was hospitalized with an AIDS-related illness; moreover, he claims not to be able to read or write and to be disabled pursuant to the Americans with Disabilities Act. The court will

---

[1] Although file-stamped December 20, 2004, plaintiff's objections are signed and hand-dated December 1, 2004.

1

1  vacate the Findings and Recommendations and allow plaintiff to proceed on the second amended
2  complaint.
3        The second amended complaint states a cognizable claim for relief pursuant to 42
4  U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are
5  proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.
6        In accordance with the above, IT IS HEREBY ORDERED that:
7        1. The Findings and Recommendations, filed on November 19, 2004, are hereby
8  vacated;
9        2. Service is appropriate for the following defendants: Warden Teresa A.
10 Schwartz; Correctional Counselor (CC) II Bautista; Capt. Mendoza; CC I Pappa; Lieut. Roszko;
11 Correctional Officer Oldham; Appeal Coordinator CC I M. Cry; Sgt. Ruiz.
12       3. The Clerk of the Court shall send plaintiff eight (8) USM-285 forms, one
13 summons, an instruction sheet and a copy of the second amended complaint filed December 20,
14 2004.
15       4. Within thirty days from the date of this order, plaintiff shall complete the
16 attached Notice of Submission of Documents and submit the following documents to the court:
17       a. The completed Notice of Submission of Documents;
18       b. One completed summons;
19       c. One completed USM-285 form for each defendant listed in number 1
20       above; and
21       d. Nine (9) copies of the endorsed second amended complaint filed
22       December 20, 2004.
23 \\\\\
24 \\\\\
25 \\\\\
26 \\\\\

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 7/5/05

/s/ Gregory G. Hollows

---
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
fost2193.1