IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRONCELL FOSTER,

      Plaintiff,                                    No. CIV S- 03-2193 GEB GGH P

    vs.

MENDOZA, et al.,

      Defendants.                 <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  The U.S. Post Office recently delivered documents to the court from plaintiff that were so damaged they could not be filed.  Unfortunately, the court is unable to give consideration to any request by plaintiff in the documents that have been destroyed.  Therefore, should plaintiff seek the court's consideration with respect to anything that may have been contained in his September 22, 2005 mailing, plaintiff must re-submit the documents.

        IT IS SO ORDERED.

DATED: 10/25/05

                                                        /s/ Gregory G. Hollows

                                                        GREGORY G. HOLLOWS
                                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
fost2193.ord