BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
BARRY D. ALVES, State Bar No. 232971
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-8212
  Fax: (916) 324-5205

Attorneys for Defendants Schwartz, Cry, Bautista,
Pappa, Ruiz, Oldham-Summers, and Rosko
SA2005301584

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PRONCELL FOSTER,**<br><br>                          Plaintiff,<br><br>v.<br><br>**SCHWARTZ, et al.,**<br><br>                         Defendants. | **CASE NO. CIV S-03-2193 WBS GGH P**<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been found.

**IT IS HEREBY ORDERED**: Defendant's responsive pleading shall be filed on or before November 30, 2005.

DATED: 11/8/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

fost2193.po

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

1