IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRONCELL FOSTER,

    Plaintiff,        No. CIV S-03-2193 GEB GGH P

  vs.

MENDOZA, et al.,

    Defendants.      ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915.

        On November 7, 2005, plaintiff filed a request for law books. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for law books. See 28 U.S.C. § 1915.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for law books, filed November 7, 2005, is denied.

DATED: 11/22/05

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH/bb
fost2193.31c