IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PONCELL FOSTER,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**SCHWARTZ, et al.,**<br><br>　　　　　　　　　　Defendants. | **CASE NO. CIV S-03-2193 WBS GGH P**<br><br>**ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

　　　　The Court, having considered Defendants' second request for an extension of time to file a responsive pleading, and good cause having been found.

　　　　**IT IS HEREBY ORDERED**: Defendant's responsive pleading shall be filed on or before December 30, 2005. No further extensions.

DATED: 12/2/05

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　　_____
fost2193.po2　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE